1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CERVANTES, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>BATH & BODY WORKS DIRECT, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>   Defendants. | Case No.:  2:21-cv-01676-JAM-CKD<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br><br><br>Complaint filed: September 15, 2021 |

/// 
///
///
///
///
///
///
///

1

ORDER GRANTING VOLUNTARY DISMISSAL, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)
CASE NO. 2:21-cv-01676-JAM-CKD

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On February 15, 2022, Plaintiff filed a notice of voluntary dismissal with prejudice as to the Plaintiff's claims and without prejudice as to the claims of the proposed class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) [Dkt. 9].

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to the Plaintiff's claims and without prejudice as to the claims of the proposed class. Each party must bear its own costs and attorneys' fees. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

**IT IS SO ORDERED.**

DATED:  February 16, 2022          /s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

2
ORDER GRANTING VOLUNTARY DISMISSAL, PURSUANT TO FEDERAL RULE
OF CIVIL PROCEDURE 41(a)(1)
CASE NO. 2:21-cv-01676-JAM-CKD